O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHANDLER C., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, Acting Commissioner of Social Security,[1] <br><br> Defendant. | No. CV 23-08480-CAS (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

---

[1] Leland Dudek is the Acting Commissioner of Social Security. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Martin J. O'Malley as Defendant in this action.

IT IS THEREFORE ORDERED that Judgment be entered reversing the ALJ's denial of benefits and remanding this action to the Commissioner for further proceedings consistent with this decision.

Date: March 3, 2025

CHRISTINA A. SNYDER
United States District Judge