JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHANDLER C., | No. CV 23-08480-CAS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the ALJ's denial of benefits is reversed and this action is remanded to the Commissioner for further proceedings.

Date: March 3, 2025

_____
CHRISTINA A. SNYDER
United States District Judge