Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff CHANDLER WILLIAM CARPENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER WILLIAM CARPENTER,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>Defendant | Case No. 2:23-cv-8480 CAS-DFM<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of $8,580 as authorized by 28 U.S.C. § 2412.

Dated: June 4, 2025

_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE